FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL -7 2003

LUTHER ~

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SIRIUS SOFTWARE, INC., TENNIS
TECHNOLOGIES, INC.,

     Plaintiffs,

v.

FISHER INFORMATION SERVICES, A
Sole Proprietorship a/k/a
Ronald Fisher,

     Defendant.

CIVIL ACTION

NO. 1:02-CV-3343-CAP

O R D E R

The Local Rules of this court require that the plaintiff, in accordance with Fed.R.CIV.P.4, effectuate service of process within 120 days after filing of the complaint, Local Rule 41.2B.

This action was filed on December 12, 2002. This court will consider December 12, as the operative date for the beginning of the time requirement under the court's Local Rules. Because the plaintiff has failed to effectuate service, counsel is directed to file the required documents within 20 days from the date of the docketing of this order. Failure to do so will result in dismissal of the plaintiff's claims,

SO ORDERED, this __7__ day of July, 2003.

CHARLES A. PANNELL, JR.
United States District Judge

