**ORIGINAL**

FILED IN CLERK'S OFFICE
AUG 2 2 2003
LUTHER ………, Clerk
By: …………… Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIRIUS SOFTWARE, INC., and TENNIS TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FISHER INFORMATION SERVICES, a sole proprietorship a/k/a Ronald Fisher, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 1:02-CV-3343-CAP |

<u>O R D E R</u>

By order dated July 7, 2003, the court directed plaintiffs to demonstrate that they had effectuated service of process on the defendant. The court directed the plaintiffs to provide the required documentation within twenty (20) days. The plaintiffs have not complied with or otherwise responded to the order of this court. Accordingly, this action is DISMISSED without prejudice for failure to effectuate service of process and failure to comply with a lawful order of this court.

SO ORDERED, this 22nd day of August, 2003.

_____
CHARLES A. PANNELL, JR.
United States District Judge