## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SIRUS SOFTWARE, INC., and TENNIS TEHNOLOGIES, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:02-cv-3343-CAP |
| FISHER INFORMATION SERVICES, a sole proprietorship a/k/a Ronald Fisher, | |
| Defendant. | |

### J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, upon order of the Court directing plaintiff to effectuate service of process, and the plaintiff having failed to do so, it is

**Ordered and Adjudged** that the action is, therefore, DISMISSED without prejudice for failure of the plaintiffj to comply with a lawful order of this court and for lack of prosecution.

Dated at Atlanta, Georgia, this 22nd day of August, 2003.

LUTHER D. THOMAS
CLERK OF COURT

By: *Anne F. Shading*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 25, 2003
Luther D. Thomas
Clerk of Court
By: *Anne F. Shading*
Deputy Clerk